**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA HOPWOOD, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>BRENDA HOPWOOD, an individual; and STEVEN HOPWOOD, an individual,<br><br>Counter-Claimants,<br><br>v.<br><br>HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>Counter-Defendant. | Case No. 2:25-cv-03827-SPG-MAR<br><br>**JUDGMENT [JS-6]** |

1

Plaintiff and Counter-Defendant Hudson Insurance Company ("Hudson"), having duly moved this Court for an Order granting judgment on the pleadings and having duly opposed Defendant Brenda Hopwood and Cross-Complainants Steven and Brenda Hopwood's (collectively, the "Hopwoods") cross-motion for judgment on the pleadings;

NOW, following consideration of the moving, opposition, and reply papers filed by Hudson (Dkt. Nos. 26, 27 and 36) and the moving, opposition, and reply papers filed by the Hopwoods (Dkt. Nos. 25, 29 and 30), and upon the Order Granting Plaintiff's Motion for Judgment on the Pleadings and Denying Defendants' Motion for Judgment on the Pleadings, dated and entered on April 17, 2026 (Dkt. No. 40),

IT IS HEREBY ORDERED AND ADJUDGED that Hudson is entitled to a judicial declaration that no coverage under the Umbrella Policy is available for Ms. Hopwood's UIM claim.

IT IS FURTHER ORDERED AND ADJUDGED that the Hopwoods take nothing, that the action be dismissed on the merits, and that Plaintiff Hudson shall recover its costs from the Hopwoods, pursuant to its Bill of Costs to be filed in accordance with Rule 54.

**IT IS SO ORDERED.**

Dated: April 22, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE